IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Lloyd Odell and Mary Patricia Ness, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Samson Resources, et. al., ) | Case No. 4:15-cv-063 |
| ) | |
| Defendants. ) | |

Before the court is a request by Defendants Magnum Hunter Corporation and Bakken Hunter LLC for a conference to discuss the status of all pending motions as well as plaintiffs' "Complaint" (Docket No. 1), "Amendment of Complaint as a One Course of Action and Amendment of Complaint as to Relation Back to Original, and Amendment of Complaint as to Priority Notice of Adversarial Proceeding; Notice of Occurring Preferential Treatments" (Docket No. 30); and "Response to Defendants Answers to Original Complaint and Amendment Complaint, and Plaintiffs Response to Defendants Motions to Dismiss" (Docket No. 45). Also before the court is what it construes as a request from plaintiffs for a status conference.

The court **GRANTS** both requests (Docket Nos. 53 and 61). The court shall conduct a status conference with the parties on August 7, 2015 at 11:00 a.m. CDT. Participants to the conference call should dial the following telephone number and enter the access code:

Tel. No. (877) 848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 31st day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court