**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mr. and Mrs. Lloyd Odell Ness, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Samson Resources; Samson Investments; | ) | |
| KKR (Kravis, Kohlberg, Roberts); Magnum | ) | |
| Hunter; Bakken Hunter; ONEOK Partners; | ) | Case No. 4:15-cv-063 |
| ONEONK; and OKS, | ) | |
| | ) | |
| Defendants. | ) | |

On October 5, 2015, Defendant Samson Resources Investment Company ("Samson Resources") filed a "Suggestion of Bankruptcy." On October 7, 2015, the court issued an order staying the case as to Samson Resources pursuant to 11 U.S.C. § 362(a)(1) and further advising that any party believing this case should be stayed as to any other defendant had until October 30, 2015, to file an appropriate motion.

On October 30, 2015, Defendants Magnum Hunter Resources Corporation and Bakken Hunter, LLC filed a motion to stay. That same day Defendants Bakken Hunter Corporation, Bakken Hunter, LLC, and Kohlberg Kravis Roberts & Co., L.P. respectively filed motions to stay.

Approximately 20 days have passed since defendants filed their motions and plaintiffs have yet to file responses or otherwise object to the proposed stay. Plaintiffs' silence may, under D.N.D. Civ. L.R. 7.1(C), be deemed an admission that the motions are well taken. In any event, as plaintiff's claims against Samson Resources appear to be intertwined with their claims against the other defendants, the court concludes that a stay of the entire action is warranted. See United States

1

v. Minpower Co-op, Inc., 831 F. Supp.2d 1109, 1118 (D.N.D. 2011) (opining that the trial court has the inherent power to stay proceedings to control its docket and conserve judicial resources). Accordingly, defendants motions for stay (Docket Nos. 83, 84, and 86) are **GRANTED**. The above-entitled action shall be stayed in its entirety as to <u>all</u> defendants pending further order of the court.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2015.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court