# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lloyd Odell Ness and Mary Ness, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Samson Resources; et. al., | ) | Case No. 4:15-cv-063 |
| | ) | |
| Defendants. | ) | |

The court issued an order on November 20, 2015, staying the above-entitled action after several of the named defendants filed Suggestions of Bankruptcy. As more than 19 months have since past, the court shall conduct a status conference with the parties by telephone on July 27, 2017, at 11:00 a.m. CDT to discuss, amongst other things, the current state of the bankruptcy proceedings necessitating the stay of this action as well as how this court intends to proceed. To participate in the conference call, the parties must call the following telephone number and enter the following access code:

    Telephone No.: (877) 848-7030
    Access Code: 9768929

The parties need not submit anything to the court prior to the status conference.

**IT IS SO ORDERED.**

Dated this 7th day of July , 2017.

                                                                 */s/ Charles S. Miller, Jr.*
                                                                  Charles S. Miller, Jr., Magistrate Judge
                                                                  United States District Court