## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mr. and Mrs. Lloyd Odell Ness, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Samson Resources; Samson Investments; )<br>KKR (Kravis, Kohlberg, Roberts); Magnum )<br>Hunter; Bakken Hunter; ONEOK Partners; )<br>ONEONK; and OKS, )<br>)<br>Defendants. ) | **ORDER**<br><br><br><br><br><br>Case No. 4:15-cv-063 |

The court held a status conference in the above-entitled action with the parties by telephone on July 27, 2017, at 11:00 a.m. CDT. Pursuant to their discussions, the court shall conduct another status conference on October 31, 2017, at 11:00 a.m. CDT. To participate in the conference call, the parties must call the following telephone number and enter the following access code:

Telephone No.: (877) 848-7030

Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 7th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court