# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Mr. and Mrs. Lloyd Odell Ness, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Samson Resources; Samson Investments; | ) | |
| KKR (Kravis, Kohlberg, Roberts); Magnum | ) | |
| Hunter; Bakken Hunter; ONEOK Partners; | ) | Case No. 4:15-cv-063 |
| ONEONK; and OKS, | ) | |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties in above-entitled action by telephone on October 31, 2017. Pursuant to its discussions with the parties, the court lifts the stay it had previously imposed and further **ORDERS**:

(1) Defendants shall have until December 1, 2017, to file new motions to dismissal and to file supplemental briefs in support of their previous motions to dismiss that are still pending before the court.

(2) Plaintiffs shall have until January 2, 2018, to file responses to any new motions to dismiss to any supplemental briefs filed by defendants in support of their previous motions to dismiss..

(3) Defendants shall have until January 12, 2018, to file reply briefs.

Dated this 31st day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court